TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
84 W. SANTA CLARA ST., STE. 790
SAN JOSE, CA 95113
TEL  (408) 317-1100
FAX (408) 351-0105
Tomas@LaCasaLegal.com
Huy@LaCasaLegal.com

Attorney for Plaintiff
 JUAN LUNA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUNA<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED SITE SERVICES OF<br><br>CALIFORNIA, INC.<br><br>          Defendants. | Case No.:  5:12-cv-03784-HRL<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:  TBA<br>Time:  TBA<br><br>**Hon. HOWARD R. LLOYD** |

PLAINTIFF asks the Court that it take Judicial Notice of the following:

Exhibit A - <u>In the Matter of Kern Asphalt & Sealing Co. Inc.</u> 2008 Case No 03-0117 PWH.

Exhibit B- The State of California Public Works Manual published May 2013.  The entire manual can be found at www.dir.ca.gov.  Only the relevant pages are being attached.

Exhibit C - May 14, 1992 DLSE Opinion Letter on Rate in Effect Method.

1

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

Exhibit D - a two page excerpt from the State of California Policy and Procedure manual. The entire manual can be found at www.dir.ca.gov.

Dated:   June 25, 2013

By:   /s/ Tomas Margain
TOMAS E. MARGAIN

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**