*E-FILED:  July 2, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JUAN LUNA,

          Plaintiff,

  v.

UNITED SITE SERVICES OF CALIFORNIA, INC.,

          Defendant.

_____/

No. C12-03784 HRL

**ORDER TO SHOW CAUSE RE SETTLEMENT**

      The court is informed that this case has settled.  Accordingly, all previously scheduled deadlines and appearances and all pending motions are vacated.

      **On or before August 30, 2013**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **September 10, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  The parties shall file a joint statement in response to this Order to Show Cause **no later than September 3, 2013**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need

1  not file a statement in response to this Order.

2      SO ORDERED.

3  Dated: July 2, 2013

4      _____
       HOWARD R. LLOYD
5      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**

For the Northern District of California

1 | 5:12-cv-03784-HRL Notice has been electronically mailed to:

2 | Susan E. Bishop      susan.bishop@berliner.com, debra.troy@berliner.com

3 | Tomas Eduardo Margain      Tomas@LaCasaLegal.com, brisa@lacasalegal.com, huy@lacasalegal.com, margainlaw@hotmail.com, oriana@lacasalegal.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28